AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District  FLORIDA MIAMI DIVISION

ALYSE PERSON and other similarly situated individuals,

*Plaintiff(s)*

v.  Civil Action No. 1:18-cv-20352

PROPHET MANASSEH JORDAN MINISTRIES and PROPHET YAKIM MANASSEH JORDAN, individually

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PROPHET YAKIM MANASSEH JORDAN
708 THIRD AVENUE
6th FLOOR,
NEW YORK, NEW YORK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EPGD Attorneys at Law, P.A.,
777 SW 37th Ave, Suite 510
Miami, FL 33135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Apr 9, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida Miami Division

ALYSE PERSON and other similarly situated individuals,

*Plaintiff(s)*

v.  Civil Action No. 1:18-cv-20352

PROPHET MANASSEH JORDAN MINISTRIES and PROPHET YAKIM MANASSEH JORDAN, individually

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PROPHET MANASSEH JORDAN MINISTRIES
708 THIRD AVENUE
6th FLOOR,
NEW YORK, NEW YORK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EPGD Attorneys at Law, P.A.,
777 SW 37th Ave, Suite 510
Miami, FL 33135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Apr 9, 2018



Steven M. Larimore
Clerk of Court

SUMMONS

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts