UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

ALYSE PERSON and other similarly situated individuals,

    Plaintiff(s)

v.

PROPHET MANASSEH JORDAN MINISTRIES and PROPHET YAKIM MANASSEH JORDAN, individually

    Defendant,
_____/

Case No: 18-20352-CIV-MORENO

## PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE THE SUMMONS AND COMPLAINT

COMES NOW, the Plaintiff, ALYSE PERSON ("**Plaintiff**"), by and through her undersigned counsel, and hereby files this Motion to Extend Time to Serve the Summons and Complaint (the "**Motion**") pursuant to Federal Rules of Civil Procedure 4(m), and in support thereof states as follows:

1. On January 29, 2018, the Plaintiff filed a complaint for this action.

2. Since the filing of the complaint, the Plaintiff has expended considerable efforts to, among other things, determine the proper and updated information necessary to serve PROPHET MANASSEH JORDAN MINISTRIES and YAKIM MANASSEH JORDAN ("**Defendants**").

3. On March 26, 2018, a skip trace was requested by Plaintiff to locate Defendants possible address. *See* **Exhibit A**.

4. The skip trace resulted in Defendants current address of 708 Third Ave., 6th Floor, New York, NY 11232. *See* **Exhibit A**.

5. On April 9, 2017, a Summons was issued for the Defendants. *See* **Exhibit B**.

6. On May 4, 2018, service was attempted at 708 Third Ave., 6th Floor, New York, NY 11232. The process server was informed this address is a virtual office, and no one maintains an office at the location. The address is only used for mail and conference rooms. No one is given access to the floor unless their name is left at the lobby. *See* **Exhibit C**.

7. On May 7, 2018, the process server again attempted service at the same address and made contact with the building security, who was shown a Picture of Defendants and did not recognize him. *See* **Exhibit C**.

8. Despite Plaintiff's best efforts, the Defendants remain unserved.

9. As such, good cause exists to extend the time within which to timely serve process.

10. Accordingly, the Plaintiff respectfully requests that the Court extend the deadline for timely service of the Summons and Complaint upon the parties pursuant to Federal Rules of Civil Procedure 4(m).

**WHEREFORE**, the Plaintiff requests that the Court enter an Order extending the deadline to serve process upon the Defendant for approximately 90 days from the date of the order signed, pursuant to Federal Rules of Civil Procedure 4(m), and granting such other relief as the Court deems just and proper.

Dated: May 7, 2018.

Respectfully submitted,

**EPGD ATTORNEYS AT LAW, P.A**
*ATTORNEY FOR PLAINTIFF*

*Motion to Extend Time to Serve the Summons and Complaint*

                                      777 SW 37th Ave., Ste. 510
                                      Miami, Florida 33135
                                      T: (786) 837-6787 | F: (305) 718-0687
                                      andres@epgdlaw.com

BY: _____
            Andres F. Rey, Esq.
            Florida Bar No.: 118875

# EXHIBIT "A"

**1 Result Found** for people named **YAKIM M JORDAN** located at **708 THIRD AVENUE 6TH FLOOR, NEW YORK, NEW YORK**.

**YAKIM M JORDAN, 27 Years Old (New York, Florida, Massachusetts, New Jersey)**  **708 3RD AVE FL 6, NEW YORK, NY 10017-4119 (NEW YORK COUNTY) (09/26/2016 to 03/02/2018)**

| | | | |
|---|---|---|---|
| **YAKIM M JORDAN (06/11/2005 to 01/04/2018)**<br>**YAKIM MANNESAH JORDAN (03/17/2012 to 10/17/2017)**<br><br>Other Observed Names<br>**YAKIM MANNESAH R JORDAN (11/05/2015 to 11/16/2016)**<br>**YAKIM L JORDAN**<br><br>SSN:<br>Issued: **NEW YORK 1990-1992**<br><br><u>Other People who have used this SSN. This does not usually indicate fraud.</u><br>**LINDA M SYRBE [ View Person Record ]**<br><br><u>Other SSNs this person has used. This does not usually indicate fraud.</u><br><br><u>Date of Birth</u><br>DOB: **04/14/1990**<br>Age: **27** | <u>Possible Relatives</u><br>Naomi D Cook **09/1980** Age: **37**<br>Aaron B Jordan **07/1988** Age: **29**<br>Bernard E Jordan SR **06/1959** Age: **58**<br>Bethany Maranat Jordan **09/1981** Age: **36**<br>Bethany Maranatha Jordan **09/1981** Age: **36**<br>Debra Ann Jordan **01/1960** Age: **58**<br>Isaac M Jordan **12/1961** Age: **56**<br>Joshua N Jordan **04/1987** Age: **30**<br>Mary L Jordan **09/1934** Age: **83**<br>Noemi Jordan **09/17** Year of Birth UNKNOWN<br>Bethany M Jordon **09/1981** Age: **36**<br><br>**Indicators**<br>Bankruptcies: **None Found**<br>Liens: **None Found**<br>Judgments: **None Found**<br>Utilities: **23 Found** | **Cities**<br>North Miami, FL (07/18/2016)<br>North Miami Beach, FL (01/01/2012 to 10/17/2017)<br>Parkland, FL (06/17/2016 to 12/31/2016)<br>Sunny Isles Beach, FL (08/11/2011 to 02/2018)<br>Boston, MA (03/31/2010 to 08/11/2011)<br>Saddle River, NJ (05/2008 to 05/03/2008)<br>New York, NY (09/26/2016 to 03/26/2018)<br>Tuxedo Park, NY (06/11/2005 to 11/2012)<br><br>**Possible Other Phones**<br>**(201) 825-4935** (ET)(99%)<br>**(845) 598-9974** (ET) (Mobile)(90%)<br>**(845) 588-5088** (ET) (Mobile)(88%)<br>**(212) 209-3912** (ET)(72%)<br>**(315) 706-6223** (ET) (Mobile)(68%)<br>**(917) 741-1555** (ET) (Mobile)(68%)<br>**(201) 825-4936** (ET)(66%)<br>**(516) 491-0273** (ET) (Mobile)(66%)<br>**(347) 426-6606** (ET) (Mobile)(66%)<br>**(305) 297-5434** (ET) (Mobile)(66%)<br>**(786) 463-1894** (ET)(66%)<br>**(845) 667-1368** (ET) (Mobile)(32%)<br>**(404) 725-2420** (ET) (Mobile)(25%)<br>**(845) 588-5115** (ET) (Mobile)(19%)<br>**(347) 933-2144** (ET) (Mobile)(14%)<br>**(646) 872-6787** (ET) (Mobile)(10%) | **Counties**<br>Broward County, FL (06/17/2016 to 12/31/2016)<br>Miami-Dade County, FL (08/2011 to 02/2018)<br>Suffolk County, MA (03/31/2010 to 08/11/2011)<br>Bergen County, NJ (05/2008 to 05/03/2008)<br>New York County, NY (09/26/2016 to 03/26/2018)<br>Orange County, NY (06/11/2005 to 11/2012)<br><br>**Possible Emails**<br>**prophetmanasseh@hotmail.com** |

SSN:
**Subject Using Deceased Individual's SSN**
Name: **Kim Chan**
DOB: **10/02/1923**
DOD: **07/1969**, Died at **45**
SSN:
Issued: **CALIFORNIA 1967**

Dates at Searched Location: **09/26/2016 to 03/02/2018**

**(212) 286-0890(ET)** - **SOURCE CAPITAL GROUP**
**(646) 767-3754(ET)** - **SPRING SYSTEMS LLC**
**(212) 209-3815(ET)** - **SUMMER STREET RESEARCH PARTNERS**
**(212) 681-0910(ET)** - **SUSAN STERN PUBLIC RELATIONS**
**(646) 893-1180(ET)** - **TEAMLOGIC IT**
**(212) 401-4040(ET)** - **TEPLEN LAW GROUP**
**(646) 736-2548(ET)** - **THE 4TH BIN**
**(646) 747-5985(ET)** - **THE 4TH BIN**
**(212) 697-2553(ET)** - **THIRD AV SMOKE SHOP**
**(212) 315-0764(ET)** - **TIGER CAPITAL LLC**
**(212) 209-3890(ET)** - **TRINITY INVESTMENT ADVISORS**
**(212) 457-4963(ET)** - **TRIPLEBEAM WORLDWIDE**
**(212) 972-7070(ET)** - **TVI MEDIA LLC**
**(212) 485-9500(ET)** - **US BUSINESS TECHNOLOGY**
**(212) 286-0554(ET)** - **VIDEO TECHNOLOGIES INT'L INC**
**(212) 986-1260(ET)** - **WEIDENBAUM & HARARI**
**(212) 832-7400(ET)** - **WEIDENBAUM & HARARI LLC**
**(212) 867-5155(ET)** - **WERWAISS & CO INC**
**(212) 983-0044(ET)** - **WERWAISS AND COMPANY INCORPORATED**
**(212) 972-9470(ET)** - **WILLIAMSON P G GROUP INC**
**(212) 599-1320(ET)** - **WORLD FEDERALIST MOVEMENT**
**(212) 901-2926(ET)** - **YOEL & JOSEPH ENGINEERING CONSULTANTS**
**(212) 972-5560(ET)** - **ZICHELLO & MCINTYRE**


**708 3RD AVE FL 6, NEW YORK, NY 10017-4119 (NEW YORK COUNTY)** (09/26/2016 to 03/02/2018)
Address contains: **10** floors, **2** lobby units, **5** front units, **65** rooms
   **118** Current Commercial Phones
   **3** Current Private Phones


**17001 COLLINS AVE APT 3202, SUNNY ISLES BEACH, FL 33160-4311 (MIAMI-DADE COUNTY)** (05/05/2014 to 02/2018)
Subdivision Name: **JADE BEACH CONDO**
Address contains: **2** offices, **230** apartments
   **3** Current Commercial Phones
   **17** Current Private Phones
   Current Commercial Phones at address
   **(305) 931-9125(ET)** - **ARIE GENGER**
   **(305) 354-0660(ET)** - **JADE BEACH CONDOMINIUM ASSOCIATION INC**
   **(305) 354-8311(ET)** - **JADE BEACH CONDOMINIUM ASSOCIATION INC**

**17001 COLLINS AVE APT 3909, SUNNY ISLES BEACH, FL 33160-3646 (MIAMI-DADE COUNTY)** (05/02/2017 to 05/02/2017)
 Current Commercial Phones at address
**(305) 931-9125(ET)** - **ARIE GENGER**
**(305) 354-0660(ET)** - **JADE BEACH CONDOMINIUM ASSOCIATION INC**
**(305) 354-8311(ET)** - **JADE BEACH CONDOMINIUM ASSOCIATION INC**



**17001 COLLINS AVE APT 3203, SUNNY ISLES BEACH, FL 33160-3646 (MIAMI-DADE COUNTY)** (04/27/2017 to 04/27/2017)

  Current Commercial Phones at address

**(305) 931-9125(ET)** - **ARIE GENGER**

**(305) 354-0660(ET)** - **JADE BEACH CONDOMINIUM ASSOCIATION INC**

**(305) 354-8311(ET)** - **JADE BEACH CONDOMINIUM ASSOCIATION INC**

- **17001 COLLINS AVE, SUNNY ISLES BEACH, FL 33160-3645 (MIAMI-DADE COUNTY)** (11/25/2014 to 11/25/2014)

- **3401 NE 165TH ST, NORTH MIAMI BEACH, FL 33160-3812 (MIAMI-DADE COUNTY)** (01/01/2012 to 10/17/2017)
  Subdivision Name: **EASTERN SHORES**

- **17121 COLLINS AVE APT 3903, SUNNY ISLES BEACH, FL 33160-4369 (MIAMI-DADE COUNTY)** (08/2011 to 07/27/2017)
  Subdivision Name: **JADE OCEAN CONDO**
  Address contains: **254** apartments, **4** offices
    **1** Current Commercial Phone
    **33** Current Private Phones
  Current Commercial Phone at address
  **(305) 354-9029(ET)** - **JADE OCEAN CONDO ASSOCIATION**

- **12220 NW 68TH CT, PARKLAND, FL 33076-3340 (BROWARD COUNTY)** (06/17/2016 to 12/31/2016)
  Subdivision Name: **HERON BAY EAST**

- **515 NW 121ST ST, NORTH MIAMI, FL 33168-3534 (MIAMI-DADE COUNTY)** (07/18/2016 to 07/18/2016)
  Subdivision Name: **ALHAMBRA HEIGHTS**

**3421 NE 165TH ST, NORTH MIAMI BEACH, FL 33160-3812 (MIAMI-DADE COUNTY)** (10/09/2015 to 10/09/2015)

- **2 CIRCUIT RD, TUXEDO PARK, NY 10987-4045 (ORANGE COUNTY)** (06/11/2005 to 11/2012)

- **2 AVERY ST APT 27F, BOSTON, MA 02111-1016 (SUFFOLK COUNTY)** (03/31/2010 to 08/11/2011)
  Subdivision Name: **MILLENNIUM PLACE SOUT**
  Address contains: **1** suite, **13** penthouses, **160** apartments
    **2** Current Commercial Phones
    **70** Current Private Phones
  Current Commercial Phones at address
  **(617) 482-2597(ET)** - **MILLENNIUM PLACE**
  **(617) 399-1757(ET)** - **VIVA INC DBA ROCHE BOBOIS**

- **2 AVERY ST, BOSTON, MA 02111-1002 (SUFFOLK COUNTY)** (10/21/2010 to 03/2011)
  Subdivision Name: **MILLENNIUM PLACE SOUT**
  Address contains: **1** suite, **13** penthouses, **160** apartments
    **2** Current Commercial Phones
    **70** Current Private Phones

    Current Commercial Phones at address
**(617) 482-2597(ET)** - **MILLENNIUM PLACE**
**(617) 399-1757(ET)** - **VIVA INC DBA ROCHE BOBOIS**

 **40 WOODLANDS DR, TUXEDO PARK, NY 10987-4811 (ORANGE COUNTY)** (06/12/2011 to 06/12/2011)

 **1 HIGH MEADOW RD, SADDLE RIVER, NJ 07458-2643 (BERGEN COUNTY)** (05/2008 to 05/03/2008)
   **1** Current Commercial Phone
   **1** Current Private Phone
   Current Commercial Phone at address
**(201) 825-4300(ET)** - **ZOE MINISTRY**
   Current Private Phone at address
**(201) 236-3612(ET)** - **JORDAN, BERNARD**

# EXHIBIT "B"

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District FLORIDA MIAMI DIVISION

| | |
|---|---|
| **ALYSE PERSON and other similarly situated individuals,** | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **1:18-cv-20352** |
| **PROPHET MANASSEH JORDAN MINISTRIES and PROPHET YAKIM MANASSEH JORDAN, individually** | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PROPHET MANASSEH JORDAN MINISTRIES
708 THIRD AVENUE
6th FLOOR,
NEW YORK, NEW YORK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EPGD Attorneys at Law, P.A.,
777 SW 37th Ave, Suite 510
Miami, FL 33135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __ Apr 9, 2018 __



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District | FLORIDA MIAMI DIVISION

ALYSE PERSON and other similarly situated individuals,

*Plaintiff(s)*

v.

PROPHET MANASSEH JORDAN MINISTRIES and PROPHET YAKIM MANASSEH JORDAN, individually

*Defendant(s)*

Civil Action No. 1:18-cv-20352

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   PROPHET YAKIM MANASSEH JORDAN
   708 THIRD AVENUE
   6th FLOOR,
   NEW YORK, NEW YORK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   EPGD Attorneys at Law, P.A.,
   777 SW 37th Ave, Suite 510
   Miami, FL 33135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __ Apr 9, 2018 _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

# EXHIBIT "C"

# AFFIDAVIT OF ATTEMPTED SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIV.

---

ALYAE PERSON, ET AL.

VS.                                                              INDEX# 1:18-CV-20352

PROPHET MANASSEH JORDAN MINISTRIES, ET ANO.

---

State of New York, County of New York, SS:

**JACK JOHNSON**, being duly sworn deposes and says that deponent is over the age of eighteen years, is not a party to this action, and is a resident of New York State.

Deponent attempted to serve the annexed:

**SUMMONS IN A CIVIL CASE;**
**COMPLAINT;**

upon **PROPHET YAKIM MANASSEH JORDAN** at: **708 THIRD AVE., 6TH FLOOR NEW YORK, N.Y. 11232**. Deponent was unable, with due diligence to serve **PROPHET YAKIM MANASSEH JORDAN**

The following times are when attempts were made:

5/7/2018-2:00P.M.-BUILDING SECURITY WAS SHOWN A PICTURE OF PROPHET MENASSEH JORDON AND DID NOT RECOGNIZE HIM
5/4/2018 AT 4:00P.M. THIS IS A VIRTUAL OFFICE. NO ONE MAINTAINS AN OFFICE. IT IS ONLY USED FOR MAIL AND CONFRERENCE ROOMS. NO ONE IS GIVEN ACCESS TO THE FLOOR UNLESS THEIR NAME IS LEFT AT LOBBY SECURITY.

*Jack Johnson*
# 2037237

1288/PS5.18-18

SWORN TO BEFORE ME ON 5/7/2018

*Julius D. Ringelheim*

JULIUS D. RINGELHEIM
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI4887686
QUALIFIED IN QUEENS COUNTY
COMM. EXP 03/23/2019

# AFFIDAVIT OF ATTEMPTED SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIV.

--------------------------------------------------------------------

ALYAE PERSON, ET AL.

VS.                                                INDEX# 1:18-CV-20352

PROPHET MANASSEH JORDAN MINISTRIES, ET ANO.

--------------------------------------------------------------------

State of New York, County of New York, SS:

**JACK JOHNSON**, being duly sworn deposes and says that deponent is over the age of eighteen years, is not a party to this action, and is a resident of New York State.

Deponent attempted to serve the annexed:

**SUMMONS IN A CIVIL CASE;**
**COMPLAINT;**

upon **PROPHET MANASSEH JORDAN MINISTRIES** at: **708 THIRD AVE., 6TH FLOOR NEW YORK, N.Y. 11232**. Deponent was unable, with due diligence to serve **PROPHET MANASSEH JORDAN MINISTRIES**

The following times are when attempts were made:
UNABLE TO SERVE
5/7/2018-2:00P.M.-BUILDING SECURITY WAS SHOWN A PICTURE OF PROPHET MENASSEH JORDON AND DID NOT RECOGNIZE HIM
5/4/2018 AT 4:00P.M. THIS IS A VIRTUAL OFFICE. NO ONE MAINTAINS AN OFFICE. IT IS ONLY USED FOR MAIL AND CONFRERENCE ROOMS. NO ONE IS GIVEN ACCESS TO THE FLOOR UNLESS THEIR NAME IS LEFT AT LOBBY SECURITY.

1288/PS5.18-17

*Jack Johnson*
#2037237

SWORN TO BEFORE ME ON 5/7/2018

*Julius D. Ringelheim*

[Notary Seal: JULIUS D. RINGELHEIM, NOTARY PUBLIC, STATE OF NEW YORK, NO. 01RI4887686, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 03/23/2019]