UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-20352-CIV-MORENO

ALYSE PERSON,

        Plaintiff,

vs.

PROPHET MANASSEH JORDAN
MINISTRIES, and PROPHET YAKIM
MANASSEH JORDAN, individually,

        Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and the last recorded date of various proceedings. It appears that Plaintiff filed the complaint on January 29, 2018, and service of the summons and complaint has not been executed as of the date of this Order. On April 27, 2018, the Court issued an Order to Show Cause why the complaint in this case has not been served in compliance with Federal Rule of Civil Procedure 4(m). Plaintiff responded to the Court's Order on May 7, 2018, but failed to show good cause as to why the complaint has not been served and why a return of service has not been docketed. Therefore, it is

**ADJUDGED** that this case is DISMISSED without prejudice for failure to serve the complaint in compliance with Federal Rule of Civil Procedure 4(m). The Clerk of Court shall mark this case as CLOSED and DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _10_ of May 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record