UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-20352-CIV-MORENO

ALYSE PERSON,

    Plaintiff,

vs.

PROPHET MANASSEH JORDAN
MINISTRIES, and PROPHET YAKIM
MANASSEH JORDAN, individually,

    Defendants.
_____/

## ORDER DENYING MOTION TO VACATE ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Plaintiff's Motion to Vacate Order of Dismissal **(D.E. 15)**, filed on **June 29, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. The dismissal was without prejudice. Plaintiff may file a new complaint, pay a filing fee, and insert the required notice of previously filed related case.

DONE AND ORDERED in Chambers at Miami, Florida, this _2nd_ of July 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record